6/29/2015

Doris Fontenot
14980 Mildale Road
Zachary, LA 70791

Cathy Lusk
Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 0 6 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Re: $195 filing fee

I am requesting refund on the $195 filing fee. When you accepted the money, you knew that Texas court system is set up for lawyers. An individual has no chance of getting through the details of your rules. I have had the misfortune of hiring a corrupt lawyer who spent ten months delaying my Final Hearing - the girls in his office running up an outrageous bill, then less than twenty-four hours before the Final Hearing he told me that he was going to lie — I told him that I would NOT lie on the stand — he was in a hurry to get to Las Vegas. There is no justice in Texas!